# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv423

| | |
|---|---|
| JERRY ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **AMENDED ORDER** |
| ) | |
| CALDWELL COUNTY SHERIFF'S ) | |
| OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is Defendants' Motion for Extension of Time to File Response [# 101]. Defendants move for a one business day extension of time to file a response to Plaintiff's Motion for Protective Order [# 89]. Plaintiff consents to the extension of time. For good cause shown, the Court **GRANTS** Defendants' Motion for Extension of Time to File Response [# 101]. Defendants shall have until April 18, 2011, to file a response to Plaintiff's Motion for Protective Order.

Signed: April 15, 2011

Dennis L. Howell
United States Magistrate Judge

-1-