IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv423

| | |
|---|---|
| JERRY ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CALDWELL COUNTY SHERIFF'S ) | |
| OFFICE; *et. al.*, ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion for Voluntary Dismissal of his Seventh Claim for Relief for Intentional Infliction of Emotional Distress and for Withdrawal of Plaintiff's Motion to Amend Said Claim [Doc. 134].

The Defendants do not object to the motion and it is granted.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion for Voluntary Dismissal of his Seventh Claim for Relief for Intentional Infliction of Emotional Distress and for Withdrawal of Plaintiff's Motion to Amend Said Claim [Doc. 134] is hereby **GRANTED** and the cause of action based on intentional infliction of emotional distress is hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Plaintiff's motion to amend that claim [Doc. 58] is hereby deemed **WITHDRAWN.**

Signed: June 20, 2011

Martin Reidinger
United States District Judge