**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**1:09cv423**

| | | |
|---|---|---|
| **JERRY ANDERSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **CALDWELL COUNTY SHERIFF'S** | ) | |
| **OFFICE, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Previously, the parties filed a joint motion requesting that the Court modify the Scheduling Order and set a hearing. The Court then set a hearing for 9:30 a.m. on June 28, 2011, in Courtroom 1 at the United States District Court Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. The Court directed the parties that it would address modifying the Scheduling Order at the hearing. Subsequently, Plaintiff moved to reschedule the hearing because counsel will be on vacation from June 24 through July 11, 2011.

Upon a review of the record in this case, the Court **CANCELS** the hearing set for June 28, 2011. The Court will rule on the parties' request for a modification of the Scheduling Order and all pending discovery motions on the papers. The Court **DENIES as moot** Plaintiff's Motion to Reschedule. [# 144].

-1-

Signed: June 27, 2011

Dennis L. Howell
United States Magistrate Judge