# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09cv423

| | |
|---|---|
| JERRY ANDERSON, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CALDWELL COUNTY SHERIFF'S OFFICE, et al., | ) |
| Defendants. | ) |

Pending before the Court are Plaintiff's Motions for Protective Order [# 89 & # 119] and the Second Motion to Quash [# 141] filed by third parties Eric Bellas and Jay Gaither. On July 12, 2011, the District Court entered an order granting in part and denying in part the Defendants' Motion to Dismiss (Order, Jul. 12, 2011.) The Order dismissed a number of the claims asserted by Plaintiff. In light of the District Court's Order, the Court **DIRECTS** the parties to confer by telephone or in person as to what impact, if any, the dismissal of the claims has on the pending discovery motions. The parties shall file a joint status report, not to exceed five pages, with the Court by July 18, 2011, informing the Court as to whether a ruling is still needed on the motions. Specifically, the parties should discuss whether the depositions and discovery at issue are still relevant to this dispute.

Signed: July 12, 2011

Dennis L. Howell
United States Magistrate Judge