IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv423

| | |
|---|---|
| JERRY ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CALDWELL COUNTY SHERIFF'S ) | |
| OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

Previously, the Court directed the parties to confer by telephone or in person as to what impact, if any, the dismissal of the claims has on the pending discovery motions. The Court further directed the parties to file a joint status report informing the Court as to whether a ruling is still needed on the motions. In their status report, the parties stated that they had resolved the remaining discovery disputes without the Court's intervention and a ruling on the motions is no longer required. Accordingly, the Court **DENIES without prejudice** Plaintiff's Motions for Protective Order [# 89 & # 119] and the Second Motion to Quash [# 141] filed by third parties Eric Bellas and Jay Gaither.

Signed: August 2, 2011

Dennis L. Howell
United States Magistrate Judge