IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv423

| | |
|---|---|
| JERRY ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CALDWELL COUNTY SHERIFF'S ) | |
| OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Consent Motion to Seal [# 201]. Plaintiff moves to seal several documents filed in this action. Defendants consent to the sealing of the documents at issue. Upon a review of the Consent Motion to Seal and the record in this case, the Court **GRANTS** the motion [# 201] and **SEALS** docket entries Nos. 115, 116, 122, 122-1, 126-1, 146, 146-1, 146-2, 146-3, 146-4, 146-5, and 147-2 pending further order of this Court. The Clerk shall restrict access to these documents to the Court and the parties in this case.

Signed: December 13, 2011

Dennis L. Howell
United States Magistrate Judge

-1-